McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone: (916) 554-2748

**SEALED**

FILED

AUG 14 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARRET GRIFFITH GILILLAND III, ) <br> and ) <br> NICOLE MAGPUSAO, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 2:08-CR--376 EJG <br><br> ORDER TO SEAL <br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Ex Parte Application to Seal Indictment, the Arrest Warrant, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

DATED: August 14, 2008

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1