```
1  LAWRENCE G. BROWN
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. S-08-376 EJG |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONALLY IDENTIFYING INFORMATION |
| v. | |
| GARRET GRIFFITH GILILLAND III, NICOLE MAGPUSAO, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America, and Scott Tedmon, Esq., representing defendant Garret Griffith Gililland III, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendant is charged with mail fraud and false statements to lending institutions in connection with mortgages. The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver license numbers, dates of birth, addresses, telephone numbers, and email addresses. This

1

Protective Order extends to all documents provided in this case, including those concerning conduct not directly charged in the indictment.

By signing this Stipulation and Protective Order, defense counsel agrees not to share any documents that contain Protected Information with anyone other than defense counsel and his designated defense investigators and support staff. Defense counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that defense counsel, defense investigators and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that defense counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: November 4, 2009      /s/ Scott Tedmon*
                            Scott Tedmon
                            Attorney for GARRET G. GILILLAND III

DATE: November 4, 2009      LAWRENCE G. BROWN
                            United States Attorney

                       By:  /s/ Russell L. Carlberg
                            RUSSELL L. CARLBERG
                            Assistant U.S. Attorney

_____
* By permission.

2

[PROPOSED] ORDER

For good cause shown, the stipulation of counsel in criminal case no. S-08-376 EJG concerning Protected Information is approved and

**IT IS SO ORDERED:**

DATED: November 5, 2009 /s/ Edward J. Garcia
Hon. Edward J. Garcia
United States District Judge