1  KRISTA HART
   Attorney at Law
2  State Bar #199650
   P.O. Box 188794
3  Sacramento, California  95818
   Telephone: (916) 498-8398
4  kristahartesq@gmail.com

5  Attorney for Defendant
   Nicole Magpusao
6

7

**FILED**

FEB 05 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )   No. Cr.S. 08-376 EJG
                                     )
11          Plaintiff,               )
                                     )
12      v.                           )   ORDER RE:
                                     )   NICOLE MAGPUSAO
13  NICOLE MAGPUSAO,                 )   xref 4606849
                                     )
14          Defendant.               )
                                     )
15  _____  )

16      Nicole Magpusao is a federal inmate at the Sacramento County jail. She recently

17  gave birth to twin girls and was breast-feeding them. Now that Ms. Magpusao is in

18  custody and separated from her daughters, she needs to express milk for the twins. This

19  is necessary for the health of the twins as well as the health of Ms. Magpusao.

20      **THEREFORE, IT IS ORDERED** the US Marshals and the Sacramento County

21  Jail shall allow Ms. Magpusao to utilize a breast pump as necessary and express milk for

22  her twins. The milk can be frozen and will be picked up twice a week to be transferred to

23  the girls. Ms. Magpusao will provide a pump and bottles for the milk to the jail.

24  DATED: Dec. 5, 2010

25
                            GREGORY G. HOLLOWS
26
                            _____
27                          The Honorable Judge Gregory G. Hollows
                            US Magistrate Judge
28