```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2748
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      ) CASE NO. CR S 08-376 EJG
                                   )
12                  Plaintiff,     ) STIPULATION AND PROTECTIVE ORDER
                                   ) RE:  DISSEMINATION OF DISCOVERY
13  v.                             ) DOCUMENTS CONTAINING PERSONALLY
                                   ) IDENTIFYING INFORMATION
14  GARRET GRIFFITH GILILLAND III, )
    and                            )
15  NICOLE MAGPUSAO,               )
                                   )
16                  Defendants.    )
                                   )
17  _____ )
18
```

19     IT IS HEREBY STIPULATED AND AGREED among the parties and their
20 respective counsel, Russell L. Carlberg, Assistant U.S. Attorney,
21 representing plaintiff United States of America, and Krista Hart,
22 Esq., representing defendant Nicole Magpusao, that the documents
23 provided as discovery in this case to defense counsel are subject to a
24 Protective Order.  Defendant is charged with mail fraud and false
25 statements to lending institutions in connection with mortgages.  The
26 parties agree that discovery in this case contains "Protected
27 Information," which is defined here as including victim and witness
28 social security numbers, driver license numbers, dates of birth,

**PROTECTIVE ORDER**
**CR NO. S-08-376 EJG**             1

addresses, telephone numbers, and email addresses.  This Protective Order extends to all documents provided in this case, including those concerning conduct not directly charged in the indictment.

By signing this Stipulation and Protective Order, defense counsel agrees not to share any documents that contain Protected Information with anyone other than defense counsel and her designated defense investigators and support staff.  Defense counsel may permit the defendant to view unredacted documents in the presence of her attorney, defense investigators and support staff.  The parties agree that defense counsel, defense investigators and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that defense counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: 2/17/10                       /s/ Krista Hart*
                                    Krista Hart
                                    Attorney for NICOLE MAGPUSAO


DATE: 2/17/10                       BENJAMIN B. WAGNER
                                    United States Attorney


                               By:  /s/ Russell L. Carlberg
                                    RUSSELL L. CARLBERG
                                    Assistant U.S. Attorney

_____
* By permission.

**PROTECTIVE ORDER**
**CR NO. S-08-376 EJG**            2

## ORDER

For good cause shown, the stipulation of counsel in criminal case no. S-08-376 EJG concerning Protected Information is approved and

**IT IS SO ORDERED:**

DATED: February 17, 2010        /s/ Edward J. Garcia
                                Hon. Edward J. Garcia
                                United States District Judge

**PROTECTIVE ORDER**
**CR NO. S-08-376 EJG**                3