LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
GARRET G. GILILLAND III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr. S-08-376 EJG |
| Plaintiff, | ) ) | STIPULATION AND |
| v. | ) ) | ORDER CONTINUING HEARING RE: POTENTIAL ATTORNEY CONFLICT |
| GARRET G. GILILLAND III, NICOLE MAGPUSAO, | ) ) ) | Date:   December 10, 2010 Time:   10:00 a.m. Judge: Honorable Edward J. Garcia. |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr. S-10-200 EJG |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] |
| v. | ) ) | ORDER CONTINUING HEARING RE: POTENTIAL ATTORNEY CONFLICT |
| ANTHONY G. SYMMES, | ) ) | Date:   December 10, 2010 Time:   10:00 a.m. |
| Defendant. | ) ) | Judge: Honorable Edward J. Garcia |

The United States of America, by and through Assistant United States Attorney Russell L.

Carlberg, and defendant Garret G. Gililland III, by and through counsel Scott L. Tedmon; defendant

Nicole Magpusao, by and through counsel Krista Hart; and defendant Anthony G. Symmes, by and

through counsel Christopher H. Wing, hereby stipulate that the hearing regarding a potential attorney

conflict set for Friday, December 10, 2010 at 10:00 a.m., be continued to Friday, December 17, 2010

at 2:00 p.m. before United States District Judge Edward J. Garcia.  Assistant United States Attorney

Russell L. Carlberg is unavailable on December 10, 2010 due to a family-related matter and all

parties are agreeable to this continuance. Deputy Courtroom Clerk Colleen Lydon has confirmed the requested hearing date of December 17, 2010 at 2:00 p.m. is available. Scott L. Tedmon has been authorized by the government and all defense counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: December 8, 2010        BENJAMIN B. WAGNER
United States Attorney

/s/ Russell L. Carlberg
RUSSELL L. CARLBERG
Assistant U.S. Attorney

DATED: December 8, 2010        LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Garret Gililland III

DATED: December 8, 2010        LAW OFFICES OF KRISTA HART

/s/ Krista Hart
KRISTA HART
Attorney for Defendant Nicole Magpusao

DATED: December 8, 2010        LAW OFFICES OF CHRISTOPHER H. WING

/s/ Christopher H. Wing
CHRISTOPHER H. WING
Attorney for Defendant Anthony G. Symmes

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the hearing regarding a potential attorney conflict now scheduled for Friday, December 10, 2010 at 10:00 a.m., is hereby continued to Friday, December 17, 2010 at 2:00 p.m., before the Honorable Edward J. Garcia.

**IT IS SO ORDERED.**

DATED: December 9 , 2010        /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge