LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
GARRET G. GILILLAND III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr. S-08-376 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE; EXCLUSION OF TIME |
| ) | |
| GARRET G. GILILLAND III, et al., ) | Date:   December 10, 2010 |
| ) | Time:   10:00 a.m. |
| Defendants. ) | Judge:  Honorable Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney Russell L. Carlberg, and defendant Garret G. Gililland III, by and through counsel Scott L. Tedmon; defendant William E. Baker, by and through counsel Assistant Federal Defender Douglas J. Beevers; defendant Shane Burreson, by and through counsel Matthew G. Jacobs; defendant Christopher M. Chiavola, by and through counsel Clyde M. Blackmon; defendant Brandon Resendez, by and through counsel Peter Kmeto; defendant Leonard Williams, by and through counsel Joseph J. Wiseman; defendant Nicole Magpusao, by and through counsel Krista Hart; defendant Niche Fortune, by and through counsel Michael D. Long; defendant Kesha Haynie, by and through counsel Eduardo G. Roy; and defendant Remy Heng, by and through counsel Robert J. Saria, hereby stipulate that the Status Conference set for Friday, December 10, 2010 at 10:00 a.m., be continued to Friday, February 25, 2011 at 10:00 a.m. before United States District Judge Edward J. Garcia.

The government has provided a substantial volume of discovery to defense counsel.  The total number of pages of discovery produced by the government exceeds 50,000 pages.  Each of the

1  above-enumerated defense counsel need additional time to review the discovery materials produced
2  by the government and confer with their respective client. As such, the government and all defense
3  counsel stipulate it is appropriate to continue the current status conference to Friday, February 25,
4  2011 at 10:00 a.m. Deputy Courtroom Clerk Colleen Lydon has confirmed the requested hearing
5  date of February 25, 2011 is available. No jury trial date has been set.

6  The government and all defense counsel further stipulate the Court should find that time be
7  excluded through February 25, 2011 under the Speedy Trial Act based on complexity and the need
8  of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local
9  Code T4. The government and all defense counsel further stipulate and agree that the interests of
10 justice served by granting this continuance outweigh the best interests of the public and the defendant
11 in a speedy trial pursuant to18 U.S.C. § 3161(h)(8)(A).

12 Finally, Scott L. Tedmon has been authorized by the government and all defense counsel to
13 sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: December 6, 2010        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Russell L. Carlberg
                               RUSSELL L. CARLBERG
                               Assistant U.S. Attorney

DATED: December 6, 2010        LAW OFFICES OF SCOTT L. TEDMON

                               /s/ Scott L. Tedmon
                               SCOTT L. TEDMON
                               Attorney for Defendant Garret Gililland III

DATED: December 6, 2010        DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Douglas J. Beevers
                               DOUGLAS J. BEEVERS, AFD
                               Attorney for Defendant William E. Baker

DATED: December 6, 2010        STEVENS, O'CONNELL & JACOBS

                               /s/ Matthew G. Jacobs
                               MATTHEW G. JACOBS
                               Attorney for Defendant Shane Burreson

| | | |
|---|---|---|
| 1 | DATED: December 6, 2010 | BLACKMON & ASSOCIATES |
| 2 | | /s/ Clyde M. Blackmon |
| | | CLYDE M. BLACKMON |
| 3 | | Attorney for Defendant Christopher Chiavola |
| 4 | DATED: December 6, 2010 | LAW OFFICES OF PETER KMETO |
| 5 | | /s/ Peter Kmeto |
| | | PETER KMETO |
| 6 | | Attorney for Defendant Branson Resendez |
| 7 | DATED: December 6, 2010 | LAW OFFICES OF JOSEPH J. WISEMAN |
| 8 | | /s/ Joseph J. Wiseman |
| | | JOSEPH J. WISEMAN |
| 9 | | Attorney for Defendant Leonard Williams |
| 10 | DATED: December 6, 2010 | LAW OFFICES OF KRISTA HART |
| 11 | | /s/ Krista Hart |
| | | KRISTA HART |
| 12 | | Attorney for Defendant Nicole Magpusao |
| 13 | DATED: December 6, 2010 | LAW OFFICES OF MICHAEL D. LONG |
| 14 | | /s/ Michael D. Long |
| | | MICHAEL D. LONG |
| 15 | | Attorney for Defendant Niche Fortune |
| 16 | DATED: December 6, 2010 | DLA PIPER, LLP |
| 17 | | /s/ Eduardo G. Roy |
| | | EDUARDO G. ROY |
| 18 | | Attorney for Defendant Kesha Haynie |
| 19 | DATED: December 6, 2010 | LAW OFFICES OF SARIA & SARIA |
| 20 | | /s/ Robert J. Saria |
| | | ROBERT J. SARIA |
| 21 | | Attorney for Defendant Remy Heng |

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, December 10, 2010 at 10:00 a.m., is hereby continued to Friday, February 25, 2011 at 10:00 a.m., before the Honorable Edward J. Garcia. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of February 25, 2011. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and each defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: December 9, 2010         /s/Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge