KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California 95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Nicole Magpusao

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 08-376 EJG |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| GARRET GILILLAND and NICOLE MAGPUSAO, | DATE: Dec. 17, 2010 |
| | TIME: 2:00 p.m. |
| Defendants. | The Hon. Edward J. Garcia |

**GOOD CAUSE APPEARING** the Court orders the court reporter to prepare the transcript of the hearing held on December 17, 2010, and to provide a copy to each defendants' counsel - Krista Hart and Scott Tedmon. The Court further orders the transcript to otherwise remain sealed unless and until the Court orders it unsealed. Counsel for the defendants will make arrangements to compensate the court reporter pursuant to the Criminal Justice Act.

DATED: December 20, 2010

/s/ Edward J. Garcia
The Honorable Edward J. Garcia
U.S. District Court Judge