KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California 95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Nicole Magpusao

FILED
JAN 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   No. Cr.S. 08-376 EJG
            Plaintiff,     )
                           )   Request for and Proposed
        v.                 )   Sealing Order
                           )
GARRET GILILLAND and       )   & Order
NICOLE MAGPUSAO,           )
                           )
            Defendants.    )

On December 17, 2010, this Court held a hearing concerning a potential conflict between attorney Chris Wing and defendants Nicole Magpusao and Garret Gililland. At the hearing, the parties discussed confidential attorney-client information. At the request of the defendants, the Court ordered the courtroom closed and the transcript sealed to protect the confidential communications.

Following the hearing the Court ordered briefing and requested further information and ordered those sealed as well. Therefore, the defendants, by and through their counsel Krista Hart and Scott Tedmon, hereby request the following documents be filed under seal.

DATED: January 3, 2011

              /s/ Krista Hart
              Attorney for Defendant

1

KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California 95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Nicole Magpusao

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 08-376 EJG |
| Plaintiff, | |
| v. | **ORDER** |
| GARRET GILILLAND and NICOLE MAGPUSAO, | DATE: Dec. 17, 2010<br>TIME: 2:00 p.m. |
| Defendants. | The Hon. Edward J. Garcia |

**GOOD CAUSE APPEARING** the Court orders the brief submitted herewith entitled "Defendants Magpusao's and Gililland's Brief Regarding the Conflict of Interest" and the exhibits attached thereto are sealed.

DATED: 1/4/11

The Honorable Edward J. Garcia
U.S. District Court Judge