1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2748



5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                     EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   CR. NO.  S-08-376 EJG
                                    )
10                Plaintiff,        )   [PROPOSED] ORDER
                                    )
11 v.                               )
                                    )   Judge: Hon. Edward J. Garcia
12 GARRET GRIFFITH GILILLAND III,   )
   NICOLE MAGPUSAO, et al.          )
13                                  )
                  Defendants.       )
14 _____)

15

16                         [PROPOSED] ORDER

17       On January 28, 2010, the Court ordered from the bench that

18 all briefs filed under seal regarding the government's attorney

19 conflict motion be unsealed.  Docket #175.  For the reasons the

20 Court stated on the record on January 28, 2011, the Court hereby

21 further ORDERS that the formerly sealed transcripts of hearings

22 that occurred on December 17, 2010 (see Docket #158) and January

23 28, 2011, be ordered unsealed.

24       IT IS SO ORDERED.

25

26 DATED:  3/2/11                    _____
                                     HON. EDWARD J. GARCIA
27                                   UNITED STATES DISTRICT JUDGE

28

                                    1