```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2748
```



```
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,       )  CR. NO.  S-08-376 EJG
                                    )
10                  Plaintiff,      )  [PROPOSED] ORDER
                                    )
11  v.                              )
                                    )  Judge: Hon. Edward J. Garcia
12  GARRET GRIFFITH GILILLAND III,  )
    NICOLE MAGPUSAO, et al.         )
13                                  )
                   Defendants.      )
14  _____  )
```

### [PROPOSED] ORDER

On January 28, 2010, the Court ordered from the bench that all briefs filed under seal regarding the government's attorney conflict motion be unsealed. Docket #175. For the reasons the Court stated on the record on January 28, 2011, the Court hereby further ORDERS that the formerly sealed transcripts of hearings that occurred on December 17, 2010 (see Docket #158) and January 28, 2011, be ordered unsealed.

IT IS SO ORDERED.

DATED: 3/2/11

HON. EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

1