UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | 2:08cr376 EJG |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NICOLE MAGPUSAO | ) | |

The defendant is hereby ordered released from the custody of the U. S. MARSHAL, forthwith, because the court has sentenced the defendant to time served..

EDWARD J. GARCIA
SR. U. S. DISTRICT JUDGE

Dated: July 22, 2011.